Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−18695−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ghani S Khan
   450 Main St
   Sayreville, NJ 08872

Social Security No.:
   xxx−xx−4198

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 7, 2018.

On May 4, 2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date:          June 12, 2019
Time:          10:00 AM
Location:      Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: May 6, 2019
JAN: wdr

Jeanne Naughton
Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                     Case No. 18-18695-KCF
Ghani S Khan                                               Chapter 13
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2            Date Rcvd: May 06, 2019
                              Form ID: 185             Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2019.
db             +Ghani S Khan,    450 Main St,    Sayreville, NJ 08872-1246
cr             +QUICKEN LOANS INC.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
                 Mt. Laurel, NJ 08054-3437
517486554      +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
517547499       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517553332      +Department Stores National Bank,    Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
517984611       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
517546050      +Middlesex Builders Inc,    Att: Hunter Warfield,    4620 Woodland Corp Blvd,
                 Tampa, FL 33614-2415
517486553     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:    Toyota Motor Credit Co,    Toyota Financial Services,   Po Box 8026,
                 Cedar Rapids, IA 52408)
517542833      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517486557      +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,   Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 07 2019 00:02:45     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 07 2019 00:02:40     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517486555      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 06 2019 23:58:50     Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
517623636      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 06 2019 23:59:32     Directv, LLC,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517486550      +E-mail/Text: HWIBankruptcy@hunterwarfield.com May 07 2019 00:02:48     Hunter Warfield,
                 Attention: Bankruptcy,    4620 Woodland Corporate Blvd,    Tampa, FL 33614-2415
517486556      +E-mail/Text: bncnotices@becket-lee.com May 07 2019 00:01:50     Kohls/Capital One,
                 Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
517486551      +E-mail/Text: bankruptcydpt@mcmcg.com May 07 2019 00:02:40     Midland Funding,
                 Attn: Bankruptcy,    Po Box 939069,    San Diego, CA 92193-9069
517628191      +E-mail/Text: bankruptcydpt@mcmcg.com May 07 2019 00:02:40     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517629744       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 06 2019 23:58:52
                 Portfolio Recovery Associates, LLC,    c/o Juniper,   POB 41067,   Norfolk VA 23541
517627965       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 06 2019 23:59:23
                 Portfolio Recovery Associates, LLC,    c/o Lowes,   POB 41067,   Norfolk VA 23541
517567126      +E-mail/Text: bankruptcyteam@quickenloans.com May 07 2019 00:03:04     QUICKEN LOANS INC.,
                 QUICKEN LOANS INC.,    635 WOODWARD AVE.,    DETROIT MI 48226-3408
517486552      +E-mail/Text: bankruptcyteam@quickenloans.com May 07 2019 00:03:04     Quicken Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
517493191      +E-mail/PDF: gecsedi@recoverycorp.com May 06 2019 23:59:45     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517567231*     +QUICKEN LOANS INC.,    QUICKEN LOANS INC.,    635 WOODWARD AVE.,    DETROIT MI 48226-3408
                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: May 06, 2019
                              Form ID: 185             Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 6, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor   QUICKEN LOANS INC. nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Harvey I. Marcus    on behalf of Debtor Ghani S Khan him@lawmarcus.com
              Nicholas V. Rogers    on behalf of Creditor   QUICKEN LOANS INC. nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 7
```