UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Toyota Motor Credit Corporation

In Re:
      Ghani S. Khan

**Order Filed on May 30, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No:    <u>18-18695 KCF</u>

Chapter: <u>13</u>

Hearing Date: May 22, 2019  at 9:00 A.M.

Judge:  Kathryn C. Ferguson

| Recommended Local Form | ☐ Followed | ☐ Modified |
|---|---|---|

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: May 30, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

[Type text]

Upon the motion of <u>Toyota Motor Credit Corporation</u>, under

Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as

hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume

and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to

pursue the movant's rights in the following:

☐    Real Property More Fully Described as:

■    Personal Property More Fully Describes as: **2015 Toyota Avalon, VIN:
4T1BD1EB1FU040470,**

It is further ORDERED that the movant may join the debtor and any trustee appointed in

this case as defendants in its action(s) irrespective of any conversion to any other chapter of the

Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who

entered an appearance on the motion.

*rev. 7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-18695-KCF
Ghani S Khan                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: May 30, 2019
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2019.
db              +Ghani S Khan,    450 Main St,    Sayreville, NJ 08872-1246

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2019                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2019 at the address(es) listed below:
        Albert  Russo   docs@russotrustee.com
        Andrew L. Spivack   on behalf of Creditor   QUICKEN LOANS INC. nj.bkecf@fedphe.com
        Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation
         dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Harvey I. Marcus   on behalf of Debtor Ghani S Khan him@lawmarcus.com
        Nicholas V. Rogers   on behalf of Creditor   QUICKEN LOANS INC. nj.bkecf@fedphe.com
        Rebecca Ann Solarz   on behalf of Creditor   Toyota Motor Credit Corporation
         rsolarz@kmllawgroup.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                                              TOTAL: 7