**GOLDMAN & BESLOW, LLC**
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey   07017
Tel. 973-677-9000

Mark Goldman, Esq. #MG-8019
David G. Beslow, Esq. #DGB-5300
Attorneys for Debtor, Ghani S. Khan

| | |
|---|---|
| In Re:<br><br>**GHANI S. KHAN**<br><br>Debtor | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Case No. 18-18695/MBK<br><br>Chapter 13<br><br>**SUBSTITUTION OF ATTORNEY** |

The undersigned hereby consents to the substitution of Goldman & Beslow, LLC 7 Glenwood Avenue, New Jersey 07017, as attorneys for the debtors.

| PRO SE DEBTOR | GOLDMAN & BESLOW, LLC |
|---|---|
| By: _____<br>GHANI S. KHAN<br><br>Dated: January 28, 2020 | By: _____<br>DAVID G. BESLOW, ESQ.<br>Superceding Attorney<br>Dated: January 28, 2020 |