| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 18-18695 / MBK**

Ghani S Khan

Petition Filed Date: 04/30/2018
341 Hearing Date: 05/31/2018
Confirmation Date: 11/28/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/31/2019 | $861.00 | 55829040 | 03/01/2019 | $861.00 | 56625300 | 04/01/2019 | $861.00 | 57456480 |
| 04/30/2019 | $861.00 | 58205510 | 06/03/2019 | $861.00 | 59060870 | 07/01/2019 | $861.00 | 59816130 |
| 08/02/2019 | $861.00 | 60618580 | 09/03/2019 | $861.00 | 61420850 | 09/30/2019 | $861.00 | 62115270 |
| 11/01/2019 | $861.00 | 62933710 | 12/03/2019 | $861.00 | 63677800 | | | |

**Total Receipts for the Period: $9,471.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $16,169.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Ghani S Khan | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | HARVEY I MARCUS ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 1 | TOYOTA MOTOR CREDIT CORP<br>»»  2015 TOYOTA AVALON/SURR (MP) | Debt Secured by Vehicle<br>No Disbursements: Surrendered | $15.45 | $15.45 | $0.00 |
| 2 | MIDDLESEX BUILDERS, INC. | Unsecured Creditors | $5,669.66 | $0.00 | $5,669.66 |
| 3 | CAPITAL ONE, NA<br>»»  KOHLS | Unsecured Creditors | $2,661.04 | $0.00 | $2,661.04 |
| 4 | Department Stores National Bank<br>»»  MACYS | Unsecured Creditors | $1,728.18 | $0.00 | $1,728.18 |
| 5 | QUICKEN LOANS INC<br>»»  P/450 MAIN ST/1ST MTG | Mortgage Arrears | $15,729.57 | $8,900.07 | $6,829.50 |
| 6 | TOYOTA MOTOR CREDIT CORP<br>»»  2014 TOYOTA HIGHLANDER | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 7 | DIRECTV, LLC BY AMERICAN INFOSOURCE LP AS AGENT | Unsecured Creditors | $390.48 | $0.00 | $390.48 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  LOWES | Unsecured Creditors | $5,319.22 | $0.00 | $5,319.22 |
| 9 | MIDLAND CREDIT  AS AGENT FOR<br>»»  SYNCHRONY/JCP/DC-008851-17 | Secured Creditors | $4,799.19 | $2,715.46 | $2,083.73 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  BARCLAYS | Unsecured Creditors | $5,027.28 | $0.00 | $5,027.28 |
| 0 | HARVEY I MARCUS ESQ<br>»»  ORDER 7/10/18 | Attorney Fees | $800.00 | $800.00 | $0.00 |
| 0 | PRO SE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | DAVID G BESLOW, ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,169.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $14,430.98 | Current Monthly Payment: | $861.00 |
| Paid to Trustee: | $939.01 | Arrearages: | $0.00 |
| Funds on Hand: | $799.01 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**