| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>837643<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for QUICKEN LOANS, LLC FORMERLY<br>KNOWN AS (FKA) QUICKEN LOANS INC. |

| | |
|---|---|
| In Re:<br><br>GHANI S KHAN<br><br>Debtor | Case No.: 18-18695 - MBK<br><br>Hearing Date:<br><br>Judge: MICHAEL B KAPLAN<br><br>Chapter: 13 |

## NOTICE OF REQUEST OR ELIGIBILITY FOR COVID-19 FORBEARANCE

The undersigned is the Creditor's Attorney in this matter. On or about April 28, 2020, the Debtor requested and/or became eligible for a COVID-19 related forbearance pursuant to State and/or Federal guidelines with regard to loan number ending in 4098, secured by property described as: 450 MAIN STREET, SAYREVILLE, NJ 08872-1246.

☐ The Debtor recently requested a forbearance period of 90 days and has elected to not tender mortgage payments to Creditor that would come due on the mortgage starting 05/01/2020 through 07/31/2020. Debtor will resume mortgage payments beginning 08/01/2020 and will be required to cure the delinquency created by the forbearance period ("forbearance arrears").

☐ Creditor recently notified Debtor of their eligibility for COVID-19 related forbearance pursuant to State and/or Federal guidelines. Further participation by Debtor and Debtor's counsel is requested to process any forbearance application.

☐ Creditor, at this time, does not waive any rights to collect the payments that come due during the forbearance period or any payments that were due and owing prior to the

forbearance period. The payment amount currently is $1,426.66. Furthermore, Creditor does not waive its rights under the terms of the note and mortgage or under other applicable non-bankruptcy laws and regulations, including, but not limited to, RESPA, and the right to collect on any post-petition escrow shortage.

☐ Creditor does not waive its rights to seek relief from the automatic stay for other reasons other than non-payment of the Mortgage, including, but not limited to, a lapse in insurance coverage or payment of property taxes.

Prior to the expiration of the forbearance period the debtor must take affirmative steps to address the status of the mortgage account by: (a) bringing the account post-petition current; (b) extend the forbearance period; (c) apply for loss mitigation; or (d) amend their Chapter 13 Plan.

Dated: April 30, 2020

/s/ Robert J. Davidow
Robert J. Davidow, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 47960
Fax: 856-813-5501
Email: Robert.Davidow@phelanhallinan.com

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>837643<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for QUICKEN LOANS, LLC FORMERLY<br>KNOWN AS (FKA) QUICKEN LOANS INC. | |
| In Re:<br><br>   GHANI S KHAN<br><br>   Debtor | Case No.: 18-18695 - MBK<br><br>Hearing Date:<br><br>Judge: MICHAEL B KAPLAN<br><br>Chapter: 13 |

## CERTIFICATION OF SERVICE

Ghani S Khan
450 Main St
Sayreville, NJ 08872
VIA REGULAR MAIL
**(Debtor)**

David G. Beslow
Goldman & Beslow, LLC
7 Glenwood Avenue
Suite 311B
East Orange, NJ 07017
**(Attorney for Debtors)**

Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853
**(Chapter 13 Trustee)**

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102
**(U.S. Trustee)**

     I, Shannon N. Ettl, Bankruptcy Secretary for the law firm of Phelan Hallinan Diamond & Jones, PC, hereby certify that on April 30, 2020, I did serve a copy of the proposed to each of the above captioned parties by e-filing and regular mail.

                                      /s/ Shannon N. Ettl