| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>838925<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for QUICKEN LOANS, LLC | |
| In Re:<br><br>   GHANI S. KHAN<br><br>   Debtor | Case No.: 18-18695 - MBK<br><br>Chapter: 13<br><br>Judge: MICHAEL B KAPLAN |

## NOTICE OF MORTGAGE FORBEARANCE

The undersigned is the Attorney for Creditor <u>QUICKEN LOANS, LLC</u> in this matter. On or about July 10, 2020, the parties discussed the mortgage loan ending in 4098 ("subject mortgage loan"), secured by real property described as 450 MAIN STREET, SAYREVILLE, NJ 08872-1246, which continues to be impacted by COVID-19. Pursuant to State and/or Federal guidelines a second forbearance was offered, the terms of which are as follows:

1. The parties agree to a second forbearance period of THREE (3) months and Debtor has elected to not tender mortgage payments to Creditor that would come due on the subject mortgage loan starting August 1, 2020 through October 31, 2020 .

2. Debtor will resume mortgage payments beginning November 1, 2020 and will be required to cure the delinquency created by the forbearance period ("forbearance arrears") May 2020- October 2020.

3. The payment amount currently is $1,427.66.

4. The Creditor, at this time, does not waive any rights to collect the payments that come due during the forbearance period or any payments that were due and owing prior to the forbearance period. Creditor does not waive its rights under the terms of the note and mortgage or

under other applicable non-bankruptcy laws and regulations, including, but not limited to, RESPA, and the right to collect on any post-petition escrow shortage.

5. The Creditor does not waive its rights to seek relief from the automatic stay for reasons other than non-payment of the mortgage, including, but not limited to, a lapse in insurance coverage or payment of property taxes.

6. The Debtor do not waive any rights upon expiration of the forbearance period. Prior to the expiration of the forbearance period, the Debtor must take the following affirmative steps to address the status of the subject mortgage loan including, but not limited to: (a) bringing the account post-petition current; (b) requesting extension of the forbearance period; (c) applying for loss mitigation; and/or (d) amending the Chapter 13 Plan.

7. Any objection to this Notice must be filed and served not later than 14 days after the filing of the Notice. The Court may conduct a hearing on the objection.

**This Notice is intended to disclose a temporary forbearance of the Debtor's obligation to remit post-petition payments for the forbearance period. Nothing within this Notice should be construed to alter any rights, duties, or deadlines that are not related to the remittance of post-petition mortgage payments.**

Dated: July 14, 2020

/s/ Sherri J. Smith
Sherri J. Smith, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 47923
Fax: 856-813-5501
Email: Sherri.Smith@phelanhallinan.com

*new. 05/2020*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>838925<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for QUICKEN LOANS, LLC | |
| In Re:<br><br>    GHANI S. KHAN<br><br>    Debtor | Case No.: 18-18695 - MBK<br><br>Chapter: 13<br><br>Judge: MICHAEL B KAPLAN |

## CERTIFICATION OF SERVICE

| | |
|---|---|
| GHANI S. KHAN<br>450 MAIN STREET<br>SAYREVILLE, NJ 08872-1246<br>VIA REGULAR MAIL<br>**(Debtor)** | DAVID G. BESLOW, Esquire<br>7 GLENWOOD AVENUE<br>SUITE 311B<br>EAST ORANGE, NJ 07017<br>**(Attorney for Debtors)** |
| | Albert Russo, Trustee<br>Standing Chapter 13 Trustee, CN4853<br>Trenton, NJ 08650-4853<br>**(Chapter 13 Trustee)** |

    I, Richard Millichap, Bankruptcy Secretary for the law firm of Phelan Hallinan Diamond & Jones, PC, hereby certify that on July 14, 2020, I did serve a copy of the proposed to each of the above captioned parties by e-filing and regular mail.

                                                                                         /s/ Richard Millichap

**Fill in this information to identify the case:**

Debtor 1: GHANI S. KHAN

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: TRENTON Vicinage of the   District of New Jersey (State)

Case Number: 18-18695 MBK

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** QUICKEN LOANS INC.

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 4098

**Date of payment change:**
Must be at least 21 days after date of this notice: 04/01/2020

**New total payment:**
Principal, interest, and escrow, if any: $1,427.66

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $630.82    **New escrow payment:** $697.86

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not Attached, explain why: _____

   **Current interest rate:** _____ %    **New interest rate:** _____ %
   **Current principal and interest payment:** _____    **New principal and interest payment:** _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____
   **Current mortgage payment:** _____    **New mortgage payment:** _____

Official Form 410S1    **Notice of Mortgage Payment Change**    page 1

# Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

| | | |
|---|---|---|
| **X** /s/ Robert J. Davidow | Date | February 19, 2020 |
| Signature | | |

| | | | |
|---|---|---|---|
| Print: | Robert J. Davidow, Esq. | Title | Attorney |
| | First Name  Middle Name  Last Name | | |

Company: Phelan Hallinan Diamond & Jones, PC

Address: 1617 JFK Boulevard

Philadelphia, PA 19103

Contact Phone: 856-813-5500    Email: Robert.Davidow@phelanhallinan.com

Case 18-18695-MBK   Doc 65   Filed 02/20/20   Entered 02/20/20 16:52:02   Desc Main
Document      Page 5 of 12

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Phelan Hallinan Diamond & Jones, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for QUICKEN LOANS INC. | |
| In Re:<br><br>Ghani S. Khan | Case No: 18-18695 - MBK<br><br>Judge:  MICHAEL B KAPLAN<br><br>Chapter:  13 |

## CERTIFICATION OF SERVICE

1. I, Jason Seidman:

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents QUICKEN LOANS INC. in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On February 20, 2020 I sent a copy of the following pleadings and/or documents to the parties listed below:

   Notice of Mortgage Payment Change

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  February 20, 2020              /s/ *Jason Seidman*
                                           Jason Seidman

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Ghani S. Khan<br>450 Main Street, Sayreville, NJ 08872-1246 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| David G. Beslow, Esquire<br>7 Glenwood Avenue<br>Suite 311B<br>East Orange, NJ 07017 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Albert Russo, Trustee<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

Case 18-18095-MBK    Doc 65    Filed 02/04/20    Entered 02/04/20 16:54:52    Desc Main
Document    Page 7 of 12

# Exhibit "A"

# Quicken Loans
1050 Woodward Avenue | Detroit, MI 48226

## Annual Escrow Account Disclosure Statement

GHANI S KHAN
450 MAIN ST
SAYREVILLE NJ  08872-1246

### Loan Information
Loan Number:
Property Address: 450 Main ST
Sayreville, NJ 08872
Statement Date: 02/05/2020
New Payment Effective Date: 04/01/2020

## 1. Your Escrow Account Items

To take a closer look at your numbers, sign in to Rocket Mortgage® by Quicken Loans and click on the Loan Information tab.

### Annual Escrow Account Breakdown

| Activity | Estimated Amount* | Actual Amount | Next Due |
|---|---|---|---|
| Township Taxes | $4,963.75 | $4,806.81 | 04/2020 |
| Mortgage Insurance | $1,703.16 | $1,662.96 | 04/2020 |
| Homeowners Insurance | $1,036.00 | $1,024.00 | 10/2020 |
| Totals: | $7,702.91 | $7,493.77 | |

*The estimated amounts are based on an amount provided previously or the amount last disbursed.

## 2. Your Escrow Account Has a Shortage

Due to an increase in your taxes and/or insurance, your escrow account is short $880.51.

### Projected Escrow Account Balance

| | |
|---|---|
| Projected Minimum Balance: | - $92.81 |
| Required Minimum Balance: | $971.80 |
| **Shortage:** | **$880.51** |

Note: This amount has been adjusted to account for the bankruptcy proof of claim.

## 3. Your Payment Is Changing

Your escrow payment is increasing.

### Breaking Down the Numbers

| | Current | New |
|---|---|---|
| Principal & Interest: | $729.80 | $729.80 |
| Escrow Payment: | $630.82 | $624.48 |
| Shortage: | | $73.38 |
| Monthly Payment: | $1,360.62 | $1,427.66 |

Please note that the current payment amount listed above is the payment amount that the loan is due for under the terms of the security instrument. This may differ from the payment amount under the terms of bankruptcy.



Mortgage Payment Breakdown

■ Principal & Interest   ■ Escrow Payment   ■ Shortage

(This space intentionally left blank)



1050 Woodward Avenue | Detroit, MI 48226

**Annual Escrow Account Disclosure Statement**

## 4. A Closer Look at Your Escrow Account History

Total Tax and Insurance Payments

This chart highlights the differences between the estimated and actual payment amounts for the taxes and insurance and shows the reason for the current shortage.

The actual amounts paid out for taxes and insurance over the past year, as shown here, are used as the basis for our projections for the upcoming 12 months.

The table below details the activity history for your escrow account from last year. The differences in your tax and insurance payment amounts are highlighted in yellow.

### Escrow Account Activity History for April 2019 through March 2020

| Date | Activity | Payments Estimated | Payments Actual | Disbursements Estimated | Disbursements Actual | Balance Estimated | Balance Actual |
|---|---|---|---|---|---|---|---|
| 04/2019 | Beginning Balance | | | | | $2,272.85 | - $5,049.98 |
| 04/2019 | Deposit | $641.91 | $630.82 | $0.00 | $0.00 | $2,914.76 | - $4,419.16 |
| 04/2019 | Withdrawal - TOWNSHIP TAXES | $0.00 | $0.00 | $1,227.00 | $1,227.00 | $1,687.76 | - $5,646.16 |
| 04/2019 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $141.93 | $141.93 | $1,545.83 | - $5,788.09 |
| 05/2019 | Deposit | $641.91 | $630.82 | $0.00 | $0.00 | $2,187.74 | - $5,157.27 |
| 05/2019 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $141.93 | $141.93 | $2,045.81 | - $5,299.20 |
| 06/2019 | Deposit | $641.91 | $630.82 | $0.00 | $0.00 | $2,687.72 | - $4,668.38 |
| 06/2019 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $141.93 | $141.93 | $2,545.79 | - $4,810.31 |
| 07/2019 | Deposit | $641.91 | $630.82 | $0.00 | $0.00 | $3,187.70 | - $4,179.49 |
| 07/2019 | Withdrawal - TOWNSHIP TAXES | $0.00 | $0.00 | $1,255.75 | $1,193.27 | $1,931.95 | - $5,372.76 |
| 07/2019 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $141.93 | $141.93 | $1,790.02 | - $5,514.69 |
| 08/2019 | Deposit | $641.91 | $630.82 | $0.00 | $0.00 | $2,431.93 | - $4,883.87 |
| 08/2019 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $141.93 | $141.93 | $2,290.00 | - $5,025.80 |
| 09/2019 | Deposit | $641.91 | $0.00 | $0.00 | $0.00 | $2,931.91 | - $5,025.80 |
| 09/2019 | Withdrawal - HOMEOWNERS INS | $0.00 | $0.00 | $1,036.00 | $1,131.00 | $1,895.91 | - $6,156.80 |
| 09/2019 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $141.93 | $141.93 | $1,753.98 | - $6,298.73 |
| 10/2019 | Deposit | $641.91 | $0.00 | $0.00 | $0.00 | $2,395.89 | - $6,298.73 |
| 10/2019 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $141.93 | $141.93 | $2,253.96 | - $6,440.66 |
| 10/2019 | Withdrawal - TOWNSHIP TAXES | $0.00 | $0.00 | $1,254.00 | $1,193.26 | $999.96 | - $7,633.92 |
| 10/2019 | Withdrawal - HOMEOWNERS INS | $0.00 | $0.00 | $0.00 | $1,024.00 | $999.96 | - $8,657.92 |
| 11/2019 | Deposit | $641.91 | $0.00 | $0.00 | $0.00 | $1,641.87 | - $8,657.92 |
| 11/2019 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $141.93 | $138.58 | $1,499.94 | - $8,796.50 |
| 12/2019 | Deposit | $641.91 | $0.00 | $0.00 | $0.00 | $2,141.85 | - $8,796.50 |
| 12/2019 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $141.93 | $138.58 | $1,999.92 | - $8,935.08 |
| 01/2020 | Deposit | $641.91 | $0.00 | $0.00 | $0.00 | $2,641.83 | - $8,935.08 |
| 01/2020 | Withdrawal - TOWNSHIP TAXES | $0.00 | $0.00 | $1,227.00 | $1,210.14 | $1,414.83 | - $10,145.22 |
| 01/2020 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $141.93 | $138.58 | $1,272.90 | - $10,283.80 |
| 02/2020 | Deposit | $641.91 | $11,028.97 | $0.00 | $0.00 | $1,914.81 | $745.17 ** |
| 02/2020 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $141.93 | $138.58 | $1,772.88 | $606.59 |
| 03/2020 | Deposit | $641.91 | $658.55 | $0.00 | $0.00 | $2,414.79 | $1,265.14 ** |
| 03/2020 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $141.93 | $138.58 | $2,272.86 | $1,126.56 ** |
| | Totals | $7,702.92 | $14,841.62 | $7,702.91 | $8,665.08 | | |

** This amount is a projection as of the date of this analysis. It has not been received or remitted at this time.

Page 2
QL026

# Quicken Loans

1050 Woodward Avenue | Detroit, MI 48226

**Annual Escrow Account
Disclosure Statement**

## 5. A Closer Look at Projections for Your Escrow Account

### Escrow Account Projection

| | |
|---|---:|
| MORTGAGE INS: | $1,662.96 |
| TOWNSHIP TAXES: | $4,806.81 |
| HOMEOWNERS INS: | $1,024.00 |
| **Annual Taxes and Insurance:** | **$7,493.77** |
| | ÷12 |
| **New Monthly Escrow Payment:** | **$624.48** |

The table below details the projected activity for your escrow account. The minimum required balance, highlighted in yellow, is determined by the Real Estate Settlement Procedures Act (RESPA), your mortgage contract or state law. Your account's selected minimum allowed balance or cushion is $971.80. Your minimum required balance may include up to two months of escrow payments to cover increases in your taxes and insurance.

The actual amounts paid out for taxes and insurance, as shown in the Escrow Account Activity History Table, are used as the basis for our projections for the upcoming year.

### Future Escrow Account Activity for April 2020 through March 2021

| | | Payments | Disbursements | Balance | |
|---|---|---|---|---|---|
| Date | Activity | Estimated | Estimated | Estimated | Required |
| 04/2020 | Beginning Balance | | | $1,126.56 | $2,191.17 |
| 04/2020 | Deposit | $624.48 | $0.00 | $1,751.04 | $2,815.65 |
| 04/2020 | Withdrawal - MORTGAGE INS | $0.00 | $138.58 | $1,612.46 | $2,677.07 |
| 04/2020 | Withdrawal - TOWNSHIP TAXES | $0.00 | $1,210.14 | $402.32 | $1,466.93 |
| 05/2020 | Deposit | $624.48 | $0.00 | $1,026.80 | $2,091.41 |
| 05/2020 | Withdrawal - MORTGAGE INS | $0.00 | $138.58 | $888.22 | $1,952.83 |
| 06/2020 | Deposit | $624.48 | $0.00 | $1,512.70 | $2,577.31 |
| 06/2020 | Withdrawal - MORTGAGE INS | $0.00 | $138.58 | $1,374.12 | $2,438.73 |
| 07/2020 | Deposit | $624.48 | $0.00 | $1,998.60 | $3,063.21 |
| 07/2020 | Withdrawal - MORTGAGE INS | $0.00 | $138.58 | $1,860.02 | $2,924.63 |
| 07/2020 | Withdrawal - TOWNSHIP TAXES | $0.00 | $1,193.27 | $666.75 | $1,731.36 |
| 08/2020 | Deposit | $624.48 | $0.00 | $1,291.23 | $2,355.84 |
| 08/2020 | Withdrawal - MORTGAGE INS | $0.00 | $138.58 | $1,152.65 | $2,217.26 |
| 09/2020 | Deposit | $624.48 | $0.00 | $1,777.13 | $2,841.74 |
| 09/2020 | Withdrawal - MORTGAGE INS | $0.00 | $138.58 | $1,638.55 | $2,703.16 |
| 10/2020 | Deposit | $624.48 | $0.00 | $2,263.03 | $3,327.64 |
| 10/2020 | Withdrawal - MORTGAGE INS | $0.00 | $138.58 | $2,124.45 | $3,189.06 |
| 10/2020 | Withdrawal - TOWNSHIP TAXES | $0.00 | $1,193.26 | $931.19 | $1,995.80 |
| 10/2020 | Withdrawal - HOMEOWNERS INS | $0.00 | $1,024.00 | - $92.81 | $971.80[L] |

Note: Your remaining Escrow account breakdown is on the next page.



1050 Woodward Avenue | Detroit, MI 48226

**Annual Escrow Account Disclosure Statement**

### Future Escrow Account Activity for April 2020 through March 2021 Continued

| Date | Activity | Payments Estimated | Disbursements Estimated | Balance Estimated | Required |
|---|---|---|---|---|---|
| 11/2020 | Deposit | $624.48 | $0.00 | $531.67 | $1,596.28 |
| 11/2020 | Withdrawal - MORTGAGE INS | $0.00 | $138.58 | $393.09 | $1,457.70 |
| 12/2020 | Deposit | $624.48 | $0.00 | $1,017.57 | $2,082.18 |
| 12/2020 | Withdrawal - MORTGAGE INS | $0.00 | $138.58 | $878.99 | $1,943.60 |
| 01/2021 | Deposit | $624.48 | $0.00 | $1,503.47 | $2,568.08 |
| 01/2021 | Withdrawal - MORTGAGE INS | $0.00 | $138.58 | $1,364.89 | $2,429.50 |
| 01/2021 | Withdrawal - TOWNSHIP TAXES | $0.00 | $1,210.14 | $154.75 | $1,219.36 |
| 02/2021 | Deposit | $624.48 | $0.00 | $779.23 | $1,843.84 |
| 02/2021 | Withdrawal - MORTGAGE INS | $0.00 | $138.58 | $640.65 | $1,705.26 |
| 03/2021 | Deposit | $624.48 | $0.00 | $1,265.13 | $2,329.74 |
| 03/2021 | Withdrawal - MORTGAGE INS | $0.00 | $138.58 | $1,126.55 | $2,191.16 |
| | Totals | $7,493.76 | $7,493.77 | | |

$^L$This amount denotes the projected low balance.

If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney.
If you want to send us a Qualified Written Request, a Notice of Error, or an Information Request, you must mail it to Quicken Loans Inc., P.O. Box 442359, Detroit, MI 48244-2359, or fax it to (877) 382-3138.

**Questions?** Contact Your Quicken Loans Team.

Phone: (800) 508-0944
Email: Help@QuickenLoans.com
Secure Fax: (877) 380-5084

Hours: Monday - Friday: 8:30 a.m. - 9:00 p.m. ET
Saturday: 9:00 a.m. - 4:00 p.m. ET
Preguntas: (800) 982-2544