| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/24/2021
**Chapter 13 Case No. 18-18695 / MBK**

Ghani S Khan

Petition Filed Date: 04/30/2018
341 Hearing Date: 05/31/2018
Confirmation Date: 11/28/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/02/2020 | $861.00 | 64459890 | 01/30/2020 | $861.00 | 65186880 | 03/02/2020 | $861.00 | 66030400 |
| 04/01/2020 | $861.00 | 66777810 | 05/01/2020 | $861.00 | 67566960 | 06/01/2020 | $861.00 | 68273130 |
| 07/01/2020 | $861.00 | 69085460 | 08/03/2020 | $861.00 | 69836780 | 08/31/2020 | $861.00 | 70493080 |
| 09/30/2020 | $861.00 | 71214710 | 10/28/2020 | $861.00 | 71884870 | 11/30/2020 | $861.00 | 72666330 |
| 12/30/2020 | $861.00 | 73389400 | 02/12/2021 | $300.00 | 74491760 | | | |

**Total Receipts for the Period: $11,493.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $25,940.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Ghani S Khan | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | HARVEY I MARCUS ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 1 | TOYOTA MOTOR CREDIT CORP<br>»» 2015 TOYOTA AVALON/SURR (MP) | Debt Secured by Vehicle<br>No Disbursements: Surrendered | $15.45 | $15.45 | $0.00 |
| 2 | MIDDLESEX BUILDERS, INC. | Unsecured Creditors | $5,669.66 | $145.73 | $5,523.93 |
| 3 | CAPITAL ONE, NA<br>»» KOHLS | Unsecured Creditors | $2,661.04 | $68.40 | $2,592.64 |
| 4 | Department Stores National Bank<br>»» MACYS | Unsecured Creditors | $1,728.18 | $44.42 | $1,683.76 |
| 5 | QUICKEN LOANS INC<br>»» P/450 MAIN ST/1ST MTG | Mortgage Arrears | $15,729.57 | $15,729.57 | $0.00 |
| 6 | TOYOTA MOTOR CREDIT CORP<br>»» 2014 TOYOTA HIGHLANDER | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 7 | DIRECTV, LLC BY AMERICAN INFOSOURCE LP AS AGENT | Unsecured Creditors | $390.48 | $0.00 | $390.48 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» LOWES | Unsecured Creditors | $5,319.22 | $136.72 | $5,182.50 |
| 9 | MIDLAND CREDIT AS AGENT FOR<br>»» SYNCHRONY/JCP/DC-008851-17 | Secured Creditors | $4,799.19 | $4,799.19 | $0.00 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS | Unsecured Creditors | $5,027.28 | $129.22 | $4,898.06 |
| 0 | HARVEY I MARCUS ESQ<br>»» ORDER 7/10/18 | Attorney Fees | $800.00 | $800.00 | $0.00 |
| 0 | PRO SE | Attorney Fees | $0.00 | $0.00 | $0.00 |

| 0 | DAVID G BESLOW, ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/24/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $25,940.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $23,868.70 | Current Monthly Payment: | $861.00 |
| Paid to Trustee: | $1,779.56 | Arrearages: | $561.00 |
| Funds on Hand: | $291.74 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at www.ndc.org.**