UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**
Denise Carlon, Esq.
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
215-627-1322
dcarlon@kmllawgroup.com
Attorney for: Wells Fargo Bank, National Association, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2005-HE5, Mortgage Pass-Through Certificates, Series 2005-HE5

Order Filed on February 5, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No:    18-26692 SLM

Chapter: 13

Judge: Stacey L. Meisel

In Re:

Yohan Modesto Flores,

    DEBTOR.

## CONSENT ORDER ALLOWING LATE PROOF OF CLAIM

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: February 5, 2020**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor:        Yohan Modesto Flores
Case No.:      18-26692 SLM
Caption:       **CONSENT ORDER ALLOWING LATE PROOF OF CLAIM**

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, Wells Fargo Bank, National Association, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2005-HE5, Mortgage Pass-Through Certificates, Series 2005-HE5, holder of a mortgage on real property known as 40-42 Greylock Place, Belleville, NJ, 07109, with the consent of Steven D. Pertuz, Esq., counsel for the Debtor, Yohan Modesto Flores,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that Secured Creditor shall file a proof of claim within thirty (30) days of the date the parties execute this order; and

It is further **ORDERED, ADJUDGED** and **DECREED** that said proof of claim shall be deemed allowed; and

It is further **ORDERED, ADJUDGED** and **DECREED** that Debtor reserves the right to object to Secured Creditor's proof of claim.

I hereby agree and consent to the above terms and conditions:        Dated: 2/4/2020

*/s/ Denise Carlon*
DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR

I hereby agree and consent to the above terms and conditions:        Dated: 2/3/2020

*/s/ Steven Pertuz*
STEVEN D. PERTUZ, ESQ., ATTORNEY FOR DEBTOR