UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Wells Fargo Bank, N.A., et al.

In Re:

Yohan Modesto Flores,

Debtor.

Case No.: __18-26692-SLM__

Chapter: __13__

Hearing Date: __5/12/2021__

Judge: __Meisel__

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled            ☐ Withdrawn

Matter: Secured Creditor's Application to Terminate Loss Mitigation (Docket # 115)

_____

Date: 5/12/2021                              /s/ Denise Carlon
                                             Signature

*rev.8/1/15*